■ Kevin Cavanaugh, Respondent, v Mark A. Watanabe, Appellant. [744 NYS2d 675] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Westchester County (Cowhey, J.), entered February 15, 2001, which granted the plaintiff's motion for summary judgment on the issue of liability.

Ordered that the order is reversed, with costs, and the motion is denied.

There are issues of fact requiring the denial of summary judgment. Feuerstein, J.P., Schmidt, Adams and Crane, JJ., concur.